UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEIM CARLTON,

                Petitioner,

- against -

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

09 Civ. 9645 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In light of the Supreme Court's decision in United States v. Davis, 139 S. Ct. 2319 (2019), the parties are directed to file a joint letter by **October 15, 2020** proposing how to proceed in this action.

Dated:  New York, New York
         October 1, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge